```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.T., et al,                    Plaintiff(s)
                                                                    24 civ 2093 (JGK)
            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                                Defendant(s).
------------------------------------------------------------X
```

**ORDER**

The conference scheduled for Tuesday, September 24, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 18, 2024